### CITY OF FT. WORTH et al. v. BOARD OF TRUSTEES OF INDEPENDENT SCHOOL DIST. OF FT. WORTH.  (No. 9058.)

(Court of Civil Appeals of Texas. Ft. Worth. March 22, 1919. Rehearing Denied April 26, 1919. Writ of Error Denied by Supreme Court Dec. 10, 1919.) .

Appeal from District Court, Tarrant County; Bruce Young, Judge.

Action by the Board of Trustees of Independent School District of Ft. Worth against the City of Ft. Worth and others. Judgment for plaintiff, and defendants appeal. Affirmed.

R. S. Phillips and D. W. Odell, both of Ft. Worth, for appellants.

R. M. Rowland, of Ft. Worth, for appellee.

BUCK, J. This is a companion case to cause No. 9057, entitled American Surety Co. of New York et al. v. Board of Trustees of Independent School District of Ft. Worth, 224 S. W. 292, this day decided, the judgment below affirmed upon the trial court's conclusions of fact and law. The same issues of law and the same state of facts are presented in this appeal. Hence the judgment will be affirmed upon the adoption of the court's findings of fact and conclusions of law.